HELENA WEIXELBAUM, as Administratrix of the Estate of MOSES WEIXELBAUM, Deceased, Respondent, *v.* NEW YORK CITY RAILWAY COMPANY, Appellant.

*Weixelbaum* v. *New York City Ry. Co.*, 103 App. Div. 596, affirmed.
(Argued March 22, 1906; decided April 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 3, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Bayard H. Ames* and *Henry A. Robinson* for appellant.

*Charles Steckler* and *Levin L. Brown* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

———

SAMUEL V. HOFFMAN et al., as Trustees under the Will of EUGENE A. HOFFMAN, Deceased, Respondents, *v.* SAMUEL V. ABEL, Appellant, Impleaded with Others.

*Hoffman* v. *Abel*, 103 App. Div. 597, affirmed.
(Submitted March 22, 1906; decided April 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 3, 1905, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*William L. Stone, Jr.,* for appellant.

*Paul R. Towne* and *William H. Harris* for respondents.

Judgment affirmed, with costs, and $1,000 damages awarded by way of costs for the delay, under subdivision 5 of section 3251 of the Code of Civil Procedure; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.